

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _DVE_ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Jeremy Hanson
David

DEFENDANT(S).

CASE NUMBER  8:22-MJ-00285-DUTY

4:22-MJ-227

### DECLARATION RE
### OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: Criminal Complaint
in the Eastern District of Texas on 4/14/22
at 9:30 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 3/3/22
in violation of Title 18 U.S.C., Section(s) 875(c)
to wit: Threatening Interstate Communications

A warrant for defendant's arrest was issued by: US Magistrate Judge Christine Nowak.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/20/22
_____
Date

_____
Signature of Agent

Kristen Brown
_____
Print Name of Agent

FBI
_____
Agency

Special Agent
_____
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT