Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
Jeremy Hanson
USMS# _____
DEFENDANT

CASE NUMBER: 8:22-MJ-00285-DUTY
4:22-MJ-227

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **4/20/22** at **7:05** ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   **18 USC 875(c) Threatening Interstate Communications**

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: **1988**

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: **Ameena Qazi**  Phone Number: **657-207-2397**

9. Name of Pretrial Services Officer notified: **Vivian Villegas**

10. Remarks (if any): _____

11. Name: **Kristen Brown** (please print)

12. Office Phone Number: **469-705-6657**   13. Agency: **FBI**

14. Signature: _____   15. Date: **4/20/22**

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION